October 6, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

EMMA E. DU BOIS, INDIVIDUALLY AND IN HER CAPACITY AS
REPRESENTATIVE OF THE ESTATE OF DORA MILLER DU BOIS,
DECEASED, Appellant

NO. 14-16-00281-CV                              V.

BRENDA DUBOIS BRADLEY, INDIVIDUALLY AND AS AGENT IN
SUCCESSION OF DORA MILLER DU BOIS, DECEASED, ET AL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 29, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Emma E. Du Bois, Individually and in her Capacity as Representative of the Estate of Dora Miller Du Bois, Deceased.

We further order this decision certified below for observance.